# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

54 State Street
STE 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Lisa Peebles – Federal Public Defender
Anne LaFex – First Assistant

May 6, 2025

Honorable Elizabeth C. Coombe
United States District Judge
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261

Re:   United States v. Facundo Carmelino Perez-Vasquez
      Case No. 25-MJ-0054

Dear Judge Coombe:

      The defendant in the above-captioned matter, Facundo Perez-Vasquez, is prepared to waive his right to an indictment and enter a plea of guilty to an information. Mr. Perez-Vasquez respectfully requests the Court proceed immediately to sentencing following his change of plea. The government has no objection to a combined change-of-plea and sentencing hearing.

      Mr. Perez-Vasquez will plead to one count of illegal reentry under 8 U.S.C. § 1326(a). His guideline range of imprisonment is 0-6 months (TOL 4, CHC I). He has been in custody since his arrest on March 3, 2025. As of today's date, Mr. Perez-Vasquez has been in the custody of the United States Marshal Service for 2 months and 3 days. Adjourning sentencing further for purposes of obtaining a presentence report from Probation could risk that Mr. Perez-Vasquez is incarcerated beyond the maximum term of his guideline range.

      Thank you for your consideration.

Yours,

OFFICE OF THE FEDERAL PUBLIC DEFENDER

*/s Anne L. LaFex*
Assistant Federal Public Defender

Cc:   Nicholas Walter, AUSA (via ECF)